944

*Certiorari Denied.*

No. 247. RAILWAY EXPRESS AGENCY, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Abbott M. Sellers* for respondent.

No. 504. KINGSLAND, COMMISSIONER OF PATENTS, *v.* BARRON-GRAY PACKING Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Perlman* for petitioner. *Curtis F. Prangley* and *Charles L. Sturtevant* for respondent.

No. 540. BOTTONE *v.* LINDSLEY ET AL. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Paul M. Segal* and *Harry P. Warner* for respondents.

No. 548. BROTHERHOOD OF RAILROAD TRAINMEN *v.* BALTIMORE & OHIO RAILROAD Co. ET AL. C. A. 7th Cir. Certiorari denied. *Burke Williamson* and *Jack A. Williamson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Stanley M. Silverberg, Edward Dumbauld, Daniel W. Knowlton* and *Harry Underwood* for the Interstate Commerce Commission; and *Ernest S. Ballard* for Baltimore & Ohio Railroad Co. et al., respondents.

No. 555. CUMMINGS *v.* LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied. *Raymond E. Hanke* for petitioner.

No. 556. BETHEA, INDEPENDENT EXECUTRIX, *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *J. B. Lewright* for petitioner. *Solici-*